UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                      Case No:   6:17-cv-1257-Orl-37TBS

HARDCO HOLDING GROUP LLC, S & H
FINANCIAL GROUP, INC., DARYL M.
HALL and DEQUAN M. SICARD,

    Defendants.

## ORDER

Plaintiff's Application for the Clerk to Enter Default Against Defendant Dequan M. Sicard, Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (Doc. 51), is GRANTED. The Clerk shall enter default against Defendant Dequan M. Sicard.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2017.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties