UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                  Case No. 6:17-cv-1257-Orl-37TBS

DEQUAN M. SICARD,

    Defendant.
_____

### **ORDER**

Before the Court are the Second and Final Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Receiver Brian A. McDowell (Doc. 82 ("**Receiver Motion**")), and Second and Final Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Holland & Knight LLP as Attorneys for Receiver (Doc. 83 ("**Attorney Motion**")). On referral, U.S. Magistrate Judge Thomas B. Smith comprehensively reviewed the reasonableness of the requested amounts and recommends granting the Receiver Motion and granting in part the Attorney Motion. (Doc. 84 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 84) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Second and Final Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Receiver Brian A. McDowell (Doc. 82) is **GRANTED**. The Court **AWARDS** the Receiver $2,560.00 in compensation to be paid from the Receivership Account once these funds are available.

3. The Second and Final Motion for Allowance and Payment of Compensation and Reimbursement of Expenses to Holland & Knight LLP as Attorneys for Receiver (Doc. 83) is **GRANTED IN PART**. The Court **AWARDS** Holland & Knight LLP $16,550.50 in compensation for services rendered and $44.30 in expenses. The Receiver is **AUTHORIZED** to pay the amounts awarded as funds become available from the Receivership Account and those funds recovered directly by the FTC.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 3, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record